IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

CATALINA MARRERO PAGAN,
et al.,

    Plaintiffs,

v.                              CIVIL NO. 97-1267 (RLA)

KMART CORPORATION, et al.,

    Defendants.

### FINAL JUDGMENT

The Settlement Agreement, Mutual Release and Stipulation for Dismissal, filed by the parties (docket No. **71**) is hereby **APPROVED**.

Accordingly, it is hereby ORDERED AND ADJUDGED that the parties be and the same are bound by the terms and conditions of their stipulation which are incorporated herein in *extenso*.

It is further ORDERED AND ADJUDGED that KMART shall pay plaintiffs the settlement amount of $70,000.00. Payment shall be effected by delivery of the settlement award to plaintiffs' counsel of record.

It is further ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED WITH PREJUDICE** without the imposition of costs or attorney's fees.

It is further ORDERED AND ADJUDGED that this Judgment shall become final and unappealable from the date of its entry on docket.

It is further ORDERED AND ADJUDGED that this Court shall retain jurisdiction to enforce the terms and conditions set forth by the parties in their agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of September, 1999.

                                                          *RAYMOND L. ACOSTA*
                                                        United States District Judge